40 A.3d 41

IN THE MATTER OF EARL SETH DAVID, AN ATTORNEY
AT LAW (ATTORNEY NO. 028411988).

April 10, 2012.

## ORDER

**EARL SETH DAVID** of **LAKEWOOD,** who was admitted to the bar of this State in 1988, having pleaded guilty in the United States District Court for the Southern District of New York to violation of 18 *U.S.C.* § 1546(a) and 18 *U.S.C.* § 1001, in connection with respondent's participation in a conspiracy to make material false statements in relation to immigration applications, and to committing mail fraud and wire fraud, in violation of 18 *U.S.C.* § 1341 and 1349, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **EARL SETH DAVID** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **EARL SETH DAVID** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **EARL SETH DAVID** comply with *Rule* 1:20–20 dealing with suspended attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.